# RAYMOND J. AAB

ATTORNEY AT LAW
61 BROADWAY, 25th FLOOR
NEW YORK, NEW YORK 10006
TEL: (917) 551-1300 FAX: (917) 551-0030
Email: rja120@msn.com

December 2, 2019

By ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
500 Pearl Street, Room 1970
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019
```

Re: Akter Hamid v. Sonali Exchange, et al
Case No.: 19 cv 7574 (PGG) (SDA)
ICC scheduled for 12/4/19; Request to Adjourn

Dear Magistrate Judge Aaron:

This firm represents the Defendants. We write with the consent of counsel for the Plaintiff to request an adjournment of the initial conference scheduled for December 4, 2019 and an extension of time for Defendants to respond to the Complaint from December 17, 2019 to January 21, 2020.

Defendants time to respond to the Complaint was adjourned on consent to December 17, 2019. The Court has scheduled an initial conference before the response due date for December 4, 2019. The Parties respectfully request 1) an adjournment of the Initial Conference to January 14 or January 15, 2020 and 2) request that Defendants time to respond to the Complaint be extended from December 17 to January 21, 2010.

This is the parties first request for an adjournment of the initial conference and Defendants' second request for an extension of time to respond to the Complaint. The reason for the request to extend the time for Defendants to respond to the Complaint is that Defendants counsel requires more time in anticipation of filing a formal response, either by way of an answer or motion to dismiss.

Respectfully,

/s/ RAYMOND J. AAB
Attorney for Defendants

Cc: Emre Polat, Esq.
Attorney for Plaintiff

ENDORSEMENT: Request GRANTED on consent. The Defendants' time to answer or respond to the complaint is extended until January 21, 2020 and the initial conference in this matter is adjourned until Tuesday, January 14, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. However, the parties are admonished to comply with the Court rules and to provide a basis for any future requests for adjournments. SO ORDERED.
Dated: December 2, 2019