UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akter Hamid,

        Plaintiff,

-against-

Sonali Exhange Co. Inc., et al.,

        Defendants.

1:19-cv-07574 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

For the reasons stated on the record during a telephone conference held today, it is ORDERED that:

1. Plaintiff shall file his amended complaint no later than Friday, February 28, 2020; and

2. The parties shall file a joint letter no later than Friday, April 17, 2020 advising the Court as to the status of discovery and stating whether the parties want to be referred to the SDNY Mediation Program.

**SO ORDERED.**

DATED:    New York, New York
               February 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge