UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akter Hamid,

          Plaintiff,

-against-

Sonali Exhange Co. Inc., et al.,

          Defendants.

1:19-cv-07574 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Based upon the call held with the Parties and the undersigned on February 26, 2020, it is the Court's understanding that Plaintiff intends to dismiss Defendants Sonali Bank, Ltd. ("Sonali Bank") and Mohammad Ataur Rahman Prodhan ("Prodhan"). While his Amended Complaint excludes them as named Defendants (*see* ECF No. 26), Plaintiff has not filed a stipulation of dismissal.

If Plaintiff intends to dismiss Defendants Sonali Bank and Prodhan, no later than Wednesday, March 4, 2020, he shall file a stipulation of dismissal as to Defendants Sonali Bank and Prodhan pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

DATED:    New York, New York
              February 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge