UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Akter Hamid,

                        Plaintiff,

        -against-

Sonali Exhange Co. Inc., et al.,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

1:19-cv-07574 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court's Order entered at ECF No. 33 extended the fact discovery deadline from June 30, 2020 to September 30, 2020, but was silent with respect to the deadline for expert discovery. No later than December 17, 2020, the parties shall advise the Court as to the status of expert discovery.

**SO ORDERED.**

DATED:   New York, New York
         December 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge